# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 9, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-1752,   Anthony Kelly v. City of Alexandria
              1:22-cv-00196-CMH-JFA

TO:   All parties

RESPONSE DUE: 02/12/2024

Response is required to the notice requesting information regarding similar cases on or before 02/12/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Anisha Walker, Deputy Clerk
804-916-2704