# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 23-1752, Anthony Kelly, et al. v. City of Alexandria

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> E.M.D. Sales, Inc. v. Carrera, No. 23-217 (U.S.) (whether the burden of proof that employers must satisfy to demonstrate the applicability of an FLSA exemption is a mere preponderance of the evidence, or clear and convincing evidence)

Signature: /s/ David F. Dabbs     Counsel for: Appellee

Date: 2/9/2024

**File using event: RESPONSE/ANSWER (to Similar Case notice)**