FILED: February 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1752
(1:22-cv-00196-CMH-JFA)

_____

ANTHONY KELLY; GREGORY COOK; GERALD FAIR; JACK HOFFMAN; CHRISTOPHER KUNKLE; DAVID PLUNKETT; SAMUEL REYES; FREDERICK RUFF; MICHAEL SHARPE; CHAD LALLIER

      Plaintiffs - Appellants

v.

THE CITY OF ALEXANDRIA

      Defendant - Appellee

_____

O R D E R

_____

The court defers consideration of the motion for leave to file supplemental brief pending assignment of this case to a panel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk